UNITED STATES of America,
Plaintiff–Appellee,

v.

Douglas Hayth BREWBAKER,
Defendant–Appellant.

No. 02–6356.

United States Court of Appeals,
Fourth Circuit.

Submitted May 28, 2002.

Decided June 6, 2002.

Douglas Hayth Brewbaker, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Douglas Hayth Brewbaker appeals the district court's order denying his request to stop the Bureau of Prisons from collecting his court-ordered restitution, which was agreed to in his plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Brown,* 232 F.3d 399, 403–06 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*